NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO F. DE GUZMAN,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3157

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100760-I-1.

---

## ON MOTION

---

## ORDER

Ricardo F. De Guzman moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 2 4 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ricardo F. De Guzman
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2011

**JAN HORBALY**
**CLERK**